# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL EAVES, | CASE NO. 1:09-cv-01647-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 8) |
| R. CASTRO, et al., | |
| Defendants. | |

Plaintiff Darnell Eaves ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2010, Plaintiff filed a motion requesting a status report on this litigation. Plaintiff complains that he filed this action in September 2009, and has not heard from the Court since then.

As a general rule, the Court does not issue "status reports" informing parties of the current status of litigation before the Court. Plaintiff is advised that it is his responsibility to remain apprised of the current status of this litigation. The Court will not issue "status reports" to remind Plaintiff about upcoming deadlines or to provide Plaintiff with a schedule detailing when the Court anticipates it will screen Plaintiff's complaint, rule on any outstanding motions, or otherwise act on the case.

Accordingly, the Court HEREBY ORDERS that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   July 15, 2010              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE